| | | | |
|---|---|---|---|
| Weaver v. State Employees' Retirement Bd. | 05/17/2016885 MAL (2015) | Denied | Pa.Cmwlth., 129 A.3d 585 |
| Weber v. Borough of Wilkinsburg | 04/27/2016046 WAL (2016) | Denied | Pa.Cmwlth., 127 A.3d 894 |
| Williams v. Pennsylvania Dept. of Corrections | 05/10/2016136 MAL (2016) | Denied | No. 800 CD 2015 |